

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS S. YIP, | Case No. CV 09-05683 RGK (JEMx) |
| Plaintiff, | |
| vs. | [PROPOSED] JUDGMENT |
| ROBERT W. LITTLE, as Administrator of the Robert W. Little Insurance Agency, Inc. Retirement Plan Three, | [F.R.Civ.P. 58(a)] |
| Defendant. | |

The Court, having reviewed and considered the trial briefs submitted by the parties, and having rendered an order thereon dated April 4, 2011; and further having reviewed plaintiff's motion for an award of attorney fees, and having rendered an order thereon dated May 17, 2011, now grants judgment as follows:

1. Plaintiff hereby is awarded $19,360.00 on his claim for penalties under 29 U.S.C. § 1132(c)(1).

1

2. Plaintiff's claim for declaratory judgment hereby is remanded to defendant for consideration of, and a final decision concerning, plaintiff's August 10, 2010 challenge to defendant's August 5, 2010 calculation of plaintiff's accrued retirement benefit.
3. Plaintiff's claim for declaratory judgment hereby is remanded to defendant for a determination as to whether defendant provided legally sufficient notice to plan participants of the 1999 amendment purporting to reduce the percentage used to calculate plaintiff's retirement benefit.
4. Plaintiff hereby is awarded attorney fees in the amount of $12,375.00.

IT IS SO ORDERED.

Dated: JUN - 2 2011 , 2011

_____
UNITED STATES DISTRICT JUDGE


Approved as to form.

_____
Robert F. Keehn, Esq.
Attorney for Plaintiff

_____
Russell H. Birner, Esq.
Attorney for Defendant

2